Probation Form No. 35  
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Western District Of North Carolina

UNITED STATES OF AMERICA

      Vs.

Steven Wayne Cates  
Docket No: 0419 2:03CR00064-005

     On 4/7/2006 the above named was placed on Supervised Release for a period of 36 months. The offender has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Steven Waynes Cates be discharged from supervision.

                        Respectfully submitted,

                        s/ Mark Corbin  
                        Mark Corbin  
                        U.S. Probation Officer

### ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

                        Signed: July 2, 2008

                        Lacy H. Thornburg  
                        United States District Judge